UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAUDETTE J. SKAJA, Trustee for the Heirs of CLIFFORD H. SKAJA, Plaintiff, vs. INTERNATIONAL TRUCK AND ENGINE CORPORATION, Defendant. | Civil Action No.: 00-801 MJD/JGL<br>STIPULATION TO AMEND |

WHEREAS, International Truck and Engine Corporation is the properly-named party for Navistar International Transportation Corp. and International Harvester Company.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the Defendant International Truck and Engine Corporation is hereby substituted for Navistar International Transportation Corp. and International Harvester Company in all counts in the original Complaint.

IT IS FURTHER STIPULATED AND AGREED that the Defendant be correctly identified as International Truck and Engine Corporation in all future pleadings, and be substituted for Defendant Navistar International Transportation Corp. and International Harvester Company.

Dated: September 11, 2000

NEESE LAW FIRM P.A.

Martha L. Neese

Martha L. Neese
Attorney for Plaintiff
Attorney I.D. No. 16581
1811 Weir Drive, Suite 275
Woodbury, Minnesota 55125
(651) 730-6900

SEP 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Dated: September 8, 2000

BOWMAN AND BROOKE LLP

Paul Carver

George W. Soule (I.D. No. 103664)
C. Paul Carver (I.D. No. 23753X)
Attorney for Defendant
Suite 2600
1500 South Fifth Street
Minneapolis, Minnesota 55402
(612) 339-8682

Dated: Sept. 21, 2000

SO ORDERED.

JONATHAN LEBEDOFF
U.S. Magistrate Judge