UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CLAUDETTE J. SKAJA, Trustee )
for the Heirs of CLIFFORD H. )
SKAJA, Civil Action No.: 00-801 MJD/JGL
)
Plaintiff, )
)
-vs- )
)
INTERNATIONAL TRUCK AND )
ENGINE CORPORATION, )
)
Defendant. )

**STIPULATION FOR APPROVAL OF SETTLEMENT AND DISTRIBUTION OF PROCEEDS**

1. That Plaintiff Claudette J. Skaja is the duly appointed and qualified trustee for the next of kin of Clifford H. Skaja, decedent, having been so appointed and qualified by Order of the District Court of the Eighth Judicial District dated August 4, 1998.

2. That on or about July 26, 1997, the decedent Clifford H. Skaja, received injuries arising out of a explosion while operating a Model 125 Cub Cadet Garden Tractor, and as a result of said injuries, Clifford H. Skaja died on or about July 29, 1997.

3. That at the time of his death, the decedent was 54 years of age, and resided in the City of Boyd, County of Lac Qui Parle, Minnesota; the decedent was survived by the following next of kin:

FILED 11/1/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| Name | Age | Relationship | Address |
|---|---|---|---|
| Claudette J. Skaja | 55 | wife | PO Box 19847<br>Jean, Nevada 89019 |
| Claudette P. Skaja-Bell | 35 | daughter | 13465 Pheasant Circle<br>Rogers, Minnesota 55374 |
| Crystal A. Kokal | 31 | daughter | 16820 Hanover Lane<br>Eden Prairie, MN 55347 |

4. That Plaintiff, as Trustee, has commenced and prosecuted an action for wrongful death in the United States District Court for the District of Minnesota for the benefit of the next of kin of decedent.

5. To assist the Trustee in commencing and prosecuting this action, the services of the law firms of Neese Law Firm P.A., Palecek & Skaja, and Rochelle & Griffith have been retained. A settlement has been negotiated between the Trustee's attorneys, and representatives of Defendant International Truck and Engine Corporation, and as a result of said settlement negotiations, said Defendant has offered to pay and the Trustee desires to accept the total sum of $300,000.00 in settlement of said cause of action.

6. The Trustee believes that the sum of $300,000.00 is fair, and it is in the best interests of the next of kin of Clifford H. Skaja to accept said offer of settlement.

7. That the Trustee has agreed to pay to the law firms of Neese Law Firm P.A., Palecek & Skaja, and Rochelle & Griffith one-third (1/3) of any sums paid in settlement or compromise of this matter plus reasonable costs and disbursements.

It is the understanding of the Trustee that the law firm of Neese Law Firm P.A. has agreed to accept the sum of $26,660.00 for attorney's fees, plus the sum of $2,894.12 for filing

fees, mediation fees, photocopies, long distance telephone charges, fax charges, and economist fees.

It is the understanding of the Trustee that the law firm of Rochelle & Griffith has agreed to accept the sum of $26,660.00 for attorney's fees, plus the sum of $896.08 for photocopies, postage, long distance telephone charges, fax charges, and travel expenses.

It is the understanding of the Trustee that the law firm of Palecek & Skaja has agreed to accept the sum of $46,680.00 for attorney's fees, plus the sum of $10,537.58 for photocopies, medical records, videoconferencing charges, travel expenses, and expert witness fees.

Subtracting these monies from the sum of $300,000.00, leaves a balance of $185,672.22 to be distributed to the heirs and next-of-kin of Clifford H. Skaja.

8. The Trustee has consulted with Attorneys Martha L. Neese, Carl J. Skaja, and Robert D. Rochelle regarding the settlement offer of $300,000.00 and has considered all of the facts and circumstances, and believes that it is in the best interest of the heirs and next-of-kin of Clifford H. Skaja that the above described settlement be accepted and approved by this Court.

9. The Trustee also requests that the balance of $185,672.22 be paid to the heirs and next-of-kin of Clifford H. Skaja, deceased, as follows:

| Name | Age | Address | Amount |
|---|---|---|---|
| Claudette J. Skaja | 55 | P.O. Box 19847<br>Jean, Nevada 89019 | $61,890.74 |
| Claudette P. Skaja-Bell | 35 | 13465 Pheasant Circle<br>Rogers, Minnesota 55374 | $61,890.74 |
| Crystal A. Kokal | 31 | 16820 Hanover Lane<br>Eden Prairie, MN 55347 | $61,890.74 |

WHEREFORE, the parties hereto, through their respective counsel, pray the Court for an Order as follows:

1. That the settlement of the cause of action against the Defendant International Truck and Engine Corporation in the sum of $300,000.00 be approved and that the Trustee be authorized and directed to execute any and all releases, satisfactions, dismissals and other documents necessary to consummate such settlement;

2. That the Trustee be authorized and directed to pay from said sum the amount of $29,554.12 to the law firm of Neese Law Firm P.A. as and for its attorneys' fees and costs and disbursements in this matter.

That the Trustee be authorized and directed to pay from said sum the amount of $57,217.58 to the law firm of Palecek & Skaja as and for its attorneys' fees and costs and disbursements in this matter.

That the Trustee be authorized and directed to pay from said sum the amount of $27,556.08 to the law firm of Rochelle & Griffith as and for its attorneys' fees and costs and disbursements in this matter.

3. That the Trustee be authorized and directed to pay to the heirs and next-of-kin, of decedent, the sum of $185,672.22 in the amounts set forth above, representing the balance of said settlement after payment of attorneys' fees and disbursements.

4. That upon the accomplishment of the foregoing, and the fil ng of a Stipulation of Dismissal and receipts for the above disbursements, that the Trustee be discharged as trustee herein.

Dated: October 20, 2000

NEESE LAW FIRM P.A.

Martha L. Neese
Attorney for Plaintiff
Attorney I.D. No. 160581
1811 Weir Drive, Suite 275
Woodbury, Minnesota 55125
(651) 730-6900

Dated: October , 2000

PALECEK & SKAJA

Carl J. Skaja
Attorney for Plaintiff
Attorney I.D. No. 185852
Grand Professional Building
220 West Grand Avenue
Escondido, California 92025
(760) 747-1985

Dated: October 13, 2000

ROCHELLE & GRIFFITH

Robert D. Rochelle
Attorney for Plaintiff
Attorney I.D. No. 105163
Suite 1790
401 West "A" Street
San Diego, California 92101
(619) 702-5005

4. That upon the accomplishment of the foregoing, and the filing of a Stipulation of Dismissal and receipts for the above disbursements, that the Trustee be discharged as trustee herein.

Dated: October 20, 2000

NEESE LAW FIRM P.A.

Martha L. Neese
Attorney for Plaintiff
Attorney I.D. No. 160581
1811 Weir Drive, Suite 275
Woodbury, Minnesota 55125
(651) 730-6900

Dated: October 16, 2000

PALECEK & SKAJA

Carl J. Skaja
Attorney for Plaintiff
Attorney I.D. No. 185852
Grand Professional Building
220 West Grand Avenue
Escondido, California 92025
(760) 747-1985

Dated: October , 2000

ROCHELLE & GRIFFITH

Robert D. Rochelle
Attorney for Plaintiff
Attorney I.D. No. 105163
Suite 1790
401 West "A" Street
San Diego, California 92101
(619) 702-5005

Dated: October 31, 2000

BOWMAN AND BROOKE LLP

C. Paul Carver
Attorney for Defendant
Attorney I.D. No. 23753X
Suite 2600
1500 South Fifth Street
Minneapolis, Minnesota 55402
(612) 339-8682

**SO ORDERED**

Dated: Nov. 1, 2000